IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| QUENTIN GROSSHART, Individually and As Class Representative, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:16-cv-00766-DW ) |
| LEANNA MASSEY, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, JOHN DOES (1-25), AND JANE DOES (1-25), | ) ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT MOTION TO EXTEND SCHEDULING DEADLINES**

Plaintiff Quentin Grosshart and Defendants Leanna Massey and State Farm Mutual Automobile Insurance Company, jointly and by and through their respective counsel, hereby move the Court for an Order extending the deadlines set forth in Local Rule 16.1 and Fed. R. Civ. P. 26(f)(1). In support of this motion, the parties state as follows:

1. This case was removed to this Court from the Circuit Court of Jackson County, Missouri on July 8, 2016.

2. Defendants moved to dismiss Plaintiff's Amended Class Action Petition, and the briefing was completed on August 29, 2016.

3. Plaintiff filed a motion to remand to state court on August 15, 2016. Plaintiff's reply in support of his motion to remand is due by September 15, 2016.

1

4.      The first paper filed in this action was State Farm's notice of removal filed on July 8, 2016. Pursuant to Local Rule 16.1(b), the deadline for the parties to file a Rule 16(b) scheduling report is Thursday, October 6, 2016.[1]

5.      Pursuant to Fed. R. Civ. P. 26(f)(1), the deadline for the parties to confer and discuss a discovery plan is September 15, 2016.

6.      The parties have conferred and request that the Local Rule 16.1(b) and Fed. R. Civ. P. 26(f)(1) deadlines be extended and set based on the Court's decision on Plaintiff's motion to remand. Specifically, if the Court denies Plaintiff's motion to remand, the parties request that they be given fourteen (14) days from the date of the remand order to conduct a Rule 26(f) conference, and the parties will then submit a Rule 16(b) scheduling report within twenty-one (21) days of the Rule 26(f) conference.

7.      The requested extension will allow the Court to determine whether it will exercise jurisdiction before the parties begin discovery.

8.      The requested relief will not cause prejudice to the Court or either party given that there has been no schedule entered in this matter.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the deadline for the parties to conduct a Rule 26(f) conference to fourteen (14) days after the Court's ruling on Plaintiff's motion to remand and the deadline for the parties to submit a Rule 16(b) scheduling report until thirty-five (35) days after the Court's ruling on Plaintiff's motion to remand.

---

[1] Prior to removal, the only paper filed by a defendant in the Circuit Court of Jackson County, Missouri was Defendant Massey's Application for Change of Judge filed on July 7, 2016. If that filing is considered the first paper filed in this action, then the deadline for a Rule 16(b) scheduling report is October 5, 2016 and the deadline for the Rule 26(f) conference is September 14, 2016.

Respectfully Submitted,


   */s/ George F. Verschelden*
George F. Verschelden  MO Bar # 55128
STINSON LEONARD STREET LLP
1201 Walnut, Suite 2900
Kansas City, Missouri 64106
Tel:     (816) 842-8600
Fax:    (816) 691-3495
george.verschelden@stinson.com

Todd A. Noteboom
Ruth S. Shnider
**STINSON LEONARD STREET LLP**
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657
todd.noteboom@stinson.com
ruth.shnider@stinson.com

ATTORNEYS FOR DEFENDANT STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September, 2016, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to all counsel of record, including:

| | |
|---|---|
| Robert L. Langdon<br>J. Kent Emison<br>Brett A. Emison<br>Cory L. Atkins<br>Langdon & Emison<br>911 Main Street, PO Box 220<br>Lexington, MO 64067<br><br>ATTORNEYS FOR PLAINTIFF | Andre' W. Boyda<br>Boyda Law LLC<br>P.O.B. 142<br>Raymore, MO 64083<br><br>ATTORNEY FOR PLAINTIFF |
| Jacqueline A. Cook<br>Franke Schultz & Mullen, P.C.<br>8900 Ward Parkway<br>Kansas City, MO 64114<br><br>ATTORNEY FOR PLAINTIFF | Dale L. Beckerman<br>Deacy & Deacy LLP<br>920 Main Street, Suite 1900<br>Kansas City, MO 64105<br><br>ATTORNEY FOR DEFENDANT<br>LEANNA MASSEY |

____/s/ George F. Verschelden_____
Attorney for Defendant